IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR237** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **ADAM M. CROM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report and Addendum ("PSR"). The government adopted the PSR (Filing No. 24)[1]. The Defendant has not filed formal objections to the PSR. *See* Order on Sentencing Schedule, ¶ 6. (The Court takes note that in the Addendum to the PSR, the Defendant objected to Paragraph #42, but did not further pursue that objection.) The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Court intends to adopt the PSR at the time of sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the

---

[1]The Court advises that the standing order referenced by the government in Filing No. 24 was rescinded on August 6, 2004. (See District Court's webpage: http://www.ned.uscourts.gov/.) In the future, parties should follow the deadlines set forth in the Court's Order on Sentencing Schedule filed in the case.

submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3. Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final; and

4. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 23rd day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge